No. 92–5303. McDONALD v. CHAMPION, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–5304. SANDERS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5305. THOMPSON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 92–5306. WOODS v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 92–5307. JENKINS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 92–5308. JONES v. CALHOUN ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–5309. JOHNSON v. ARVONIO, ADMINISTRATOR, EAST JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–5310. GYORE v. KRAUSZ PRECISION MANUFACTURING CORP., INC. C. A. 9th Cir. Certiorari denied.

No. 92–5311. BARKSDALE v. PETERS, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.

No. 92–5312. WHITE v. CODY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 92–5313. TURCZYK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–5315. WORKMAN v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 92–5316. GONZALEZ-RAMIREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5317. CUMMINGS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.